ISABEL OLLER DE MEDIAVILLA, demandante y apelante, *v.* JESÚS
López y PEDRO LÓPEZ, demandados y apelado el último.

No. 5169.—*Sometido:* Junio 3, 1930. *Resuelto:* Julio 22, 1931.

*Artemio P. Rodríguez,* abogado de la apelante; *Dubón & Ochoteco,*
abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Isabel Oller de Mediavilla demandó en la Corte Municipal
de Bayamón a Jesús López y a Pedro López en cobro de la
cantidad de $300 que reconocieron deberle en un pagaré con
intereses en caso de mora a razón del uno por ciento mensual.

Pedro López fué absuelto de la demanda y la demandante
apeló esa sentencia para ante la Corte de Distrito de San
Juan, la que en su sentencia absolvió también de la demanda
a Pedro López, y contra la última sentencia interpuso la demandante este recurso de apelación para ante nosotros.

Aunque las partes no han suscitado ni tratado en sus alegatos la cuestión de jurisdicción, sin embargo, debemos con-

siderarla y resolverla porque si carecemos de ella estamos impedidos de decidir la apelación por sus méritos.

El artículo 295 No. 2º. del Código de Enjuiciamiento Civil, según fué enmendado en 9 de marzo de 1905, concede apelación "de una sentencia de una corte de distrito dictada en apelación de una corte inferior, dentro de los quince días de registrada dicha sentencia, si el valor de la cosa reclamada o cuantía de la sentencia sin comprender frutos o intereses, excediera de trescientos dollars."

Como hemos consignado, la cosa reclamada en este caso no excede de trescientos dollars, sin comprender sus intereses, y por tanto *carecemos de jurisdicción para resolver esta apelación y debe ser desestimada.*